# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146784 & (66)(67)(68)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

KEITH ALBERT GRAHAM,
          Defendant-Appellant.

SC: 146784
COA: 308661
Ottawa CC: 09-033860-FC

_____/

On order of the Court, the application for leave to appeal the February 7, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand are DENIED. The motion to reschedule oral argument in the Court of Appeals is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



p0520

Clerk